◎AO 154 (10/03) Substitution of Attorney
FILED
STATESVILLE, N.C.

MAY 29 2015

U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT

WESTERN District of NORTH CAROLINA

GCM MUCKLE ET AL.,
    Plaintiff(s),
V.
MARRIOTT INTERNATIONAL, INC., ET AL
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:15-CV-00223-GCM

Notice is hereby given that, subject to approval by the court, **ALL DEFENDANT'S** substitutes
    (Party(s) Name)

**CARRIE H. O'BRIEN**, State Bar No. **27643** as counsel of record in
(Name of New Attorney)

place of **CHARLES RAYMOND BEANS**.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:
    Firm Name: HEDRICK GARDNER KINCHELOE & GAROFALO, LLP
    Address: P.O. BOX 30397
    Telephone: (704) 366-1101    Facsimile (704) 366-6181
    E-Mail (Optional): cobrien@hedrickgardner.com

I consent to the above substitution.
Date: _____
    (Signature of Party(s))

I consent to being substituted.
Date: May 28, 2015
    *Charles R. Beans*
    (Signature of Former Attorney(s))

I consent to the above substitution.
Date: May 28, 2015
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 5/29/15
    ~~Judge~~ Clerk

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]