IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-223-GCM

| | |
|---|---|
| TONY L. MUCKLE and<br>LURLA MUCKLE,<br>               Plaintiffs,<br>v.<br><br>MARRIOTT INTERNATIONAL,<br>INC., MARRIOTT HOTEL<br>SERVICES, INC., and SUMMIT<br>HOSPITALITY GROUP, LTD.,<br>               Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **John C. Bell, Jr.,** filed June 10, 2015 [doc. # 22].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Bell is admitted to appear before this court *pro hac vice* on behalf of plaintiffs, Tony L. Muckle and Lurla Muckle.

**IT IS SO ORDERED.**

Signed: June 10, 2015

Graham C. Mullen
United States District Judge