IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV223

| | | |
|---|---|---|
| TONY L. MUCKLE and LURLA MUCKLE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MARRIOTT HOTEL SERVICES, INC. and SUMMIT HOSPITALITY GROUP, LTD., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court upon its own motion. Pursuant to a discovery conference conducted via telephone today, the Court hereby ORDERS that discovery shall be frozen for two weeks. Moreover, Defendants are directed to investigate the possibility of issuing a third-party subpoena to the Atlanta VA Medical Center to obtain missing medical records.

IT IS SO ORDERED.

Signed: January 21, 2016

Graham C. Mullen
United States District Judge