IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-223-GCM

| | |
|---|---|
| TONY L. MUCKLE and ) | |
| LURLA MUCKLE, ) | |
|         Plaintiffs, ) | |
| v. ) | ORDER |
| ) | |
| MARRIOTT INTERNATIONAL, ) | |
| INC., MARRIOTT HOTEL ) | |
| SERVICES, INC., and SUMMIT ) | |
| HOSPITALITY GROUP, LTD., ) | |
|         Defendants. ) | |
| ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. The trial in this matter is **RE-SET for the September 19, 2016** term of court.

**IT IS SO ORDERED.**

Signed: June 20, 2016

Graham C. Mullen
United States District Judge