IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV223

| | |
|---|---|
| TONY L. MUCKLE and LURLA MUCKLE, | ) ) ) |
| Plaintiffs, | ) ) |
| Vs. | ) ) ORDER ) |
| MARRIOTT INTERNATIONAL, INC., MARRIOTT HOTEL SERVICES, INC., And SUMMIT HOSPITALITY GROUP, LTD., | ) ) ) ) ) |
| Defendants. | ) ) |

This matter is before the Court upon Defendants' Motion to Quash Dr. Dupuy's Subpoena. After reviewing the briefs filed by the parties, the Court hereby quashes requests four and five only.

IT IS THEREFORE ORDERED that the Defendants' Motion to Quash Dr. Dupuy's Subpoena is hereby GRANTED IN PART AND DENIED IN PART.

Signed: November 4, 2016

Graham C. Mullen
United States District Judge