IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV223

| | | |
|---|---|---|
| TONY L. MUCKLE and LURLA MUCKLE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | ORDER |
| MARRIOTT INTERNATIONAL, INC., MARRIOTT HOTEL SERVICES, INC., And SUMMIT HOSPITALITY GROUP, LTD., | ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court upon its own motion. Defendants Marriott International, Inc. and Marriott Hotel Services, Inc. filed a Motion for Summary Judgment on November 3, 2016. Due to the proximity to the trial date, the Court will expedite the Plaintiffs' response deadline to noon on November 14. Defendants may thereafter file a Reply by noon of November 17.

IT IS SO ORDERED.

Signed: November 4, 2016

Graham C. Mullen
United States District Judge