IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV223

TONY L. MUCKLE and LURLA MUCKLE,

    Plaintiffs,

Vs.           ORDER

MARRIOTT INTERNATIONAL, INC.,
MARRIOTT HOTEL SERVICES, INC.
and SUMMIT HOSPITALITY GROUP, LTD.,

    Defendants.

This matter is before the Court upon the Defendants Marriott International, Inc. and Marriott Hotel Services, Inc.'s Motion for Summary Judgment, filed November 3, 2016. Rather than file a brief in opposition to the motion responding to the arguments of the Defendants, the Plaintiffs filed a Motion to Dismiss these two Defendants without prejudice. For the reasons stated in the brief in support of their Motion for Summary Judgment, the Court hereby GRANTS summary judgment in favor of these two Defendants.

    IT IS SO ORDERED.

Signed: November 17, 2016

Graham C. Mullen
United States District Judge