# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| TONY L. MUCKLE AND LURLA MUCKLE, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) CIVIL ACTION FILE |
| MARRIOTT INTERNATIONAL, INC., MARRIOTT HOTEL SERVICES, INC., AND SUMMIT HOSPITALITY GROUP, LTD., | ) NO.   3:15-CV-223-GCM<br>)<br>)<br>)<br>) |
| Defendants, | ) |

## ORDER DISMISSING LURLA MUCKLE WITHOUT PREJUDICE

Having considered Plaintiffs' motion to dismiss Lurla Muckle as a party Plaintiff without prejudice,

The same is HEREBY GRANTED.

Plaintiff Lurla Muckle is HEREBY DISMISSED WITHOUT PREJUDICE.

Signed: November 28, 2016

Graham C. Mullen
United States District Judge