IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV223

| | |
|---|---|
| Tony L. Muckle, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Summit Hospitality Group, Ltd., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court upon the Defendant's Motions *in Limine*, filed today, December 5, 2016. (Doc. Nos. 68, 69 and 70). Trial is scheduled to start the day after tomorrow. The Pretrial Order filed in this case on September 14, 2015 provides that all motions *in limine* are to be filed no later than three weeks before the start of trial. This deadline is in place in order to allow the opposing party sufficient time to respond and the Court sufficient time to review the briefs and other submissions and make a ruling prior to trial. Defendant's motions are untimely and are hereby denied. Defendant may raise any evidentiary objections at trial.

IT IS THEREFORE ORDERED that Defendant's motions *in limine* are hereby DENIED without prejudice.

Signed: December 5, 2016

Graham C. Mullen
United States District Judge