IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV223

| | |
|---|---|
| Tony L. Muckle, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Summit Hospitality Group, Ltd., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court upon its own motion. A hearing was held in this matter on December 6, 2016. Based upon issues discussed at the hearing, the Plaintiff shall have two weeks from today to file his responses to Defendant's motions. Defendant shall have one week thereafter to file a reply. Trial in this case will have to be continued to allow for full briefing and hearings on the Defendant's motions. Counsel are directed to confer and come up with possible dates in April 2017 for trial. Defendant is also directed to raise any objections to authenticity of documents within one week from today.
   IT IS SO ORDERED.

Signed: December 6, 2016

Graham C. Mullen
United States District Judge