IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV223

| | |
|---|---|
| TONY L. MUCKLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| SUMMIT HOSPITALITY ) | |
| GROUP, LTD., ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court upon its own motion. On January 9, 2017, the Court entered an Order directing Defendant's counsel to appear and show cause why she should not be sanctioned for her untimely filing of substantive motions which forced the Court to continue the trial in this case. A hearing was held on February 8, 2017. For the reasons stated in open court, the Court hereby sanctions defense counsel in the amount of $2,000 to be paid to Plaintiff's counsel, Mr. Bell, for expenses incurred in preparation for the trial. The parties are directed to confer and report to the Court within 30 days providing at least three dates that they would both be available for a one week trial after June 8, 2017.

    IT IS SO ORDERED.

Signed: February 8, 2017

Graham C. Mullen
United States District Judge