IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-223-GCM

| TONY L. MUCKLE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SUMMIT HOSPITALITY GROUP, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.** The trial in this matter is hereby set for **July 17, 2017,** in Courtroom #2-2.

IT IS SO ORDERED.

Signed: March 21, 2017

Graham C. Mullen
United States District Judge