IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV223

| | | |
|---|---|---|
| TONY L. MUCKLE and LURLA MUCKLE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| SUMMIT HOSPITALITY GROUP, LTD., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court upon the Defendant's Motion to Strike the Deposition of Al Tec (Doc. No. 35). Although the Court held a telephone conference with the parties regarding this motion shortly after it was filed, the motion was never formally ruled upon. During the telephone conference, the Court recalls instructing the parties to reconvene the deposition with a Tagalog interpreter. The Court is informed that such deposition was never scheduled. The Court has reviewed the filings of the parties, including the rough draft of the deposition at issue, and finds that the witness was able to communicate sufficiently well in English. Accordingly,

IT IS THEREFORE ORDERED that Defendant's Motion to Strike the Deposition of Al Tec (Doc. No. 35) is hereby DENIED.

Signed: March 29, 2017

Graham C. Mullen
United States District Judge