IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV223

| | | |
|---|---|---|
| TONY L. MUCKLE and LURLA MUCKLE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| SUMMIT HOSPITALITY GROUP, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon its own motion. Trial in this case has been set for July 17, 2017. Any and all supplementation to discovery must be provided no later than 60 days prior to trial. Counsel will be given 15 days after receiving such supplements to raise any issues with regard to such supplements as well as file any additional motions in *limine*.

IT IS SO ORDERED.

Signed: March 29, 2017

Graham C. Mullen
United States District Judge