IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV223


| | | |
|---|---|---|
| TONY L. MUCKLE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| SUMMIT HOSPITALITY | ) | |
| GROUP, LTD., | ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

This matter is before the Court upon Motions *in Limine* filed by the Defendant. A hearing was held and the Court heard oral argument on these motions on May 2, 2017. For the reasons stated in open Court,

IT IS THEREFORE ORDERED that the Defendant's Motion *in Limine* Regarding the Collateral Source Rule (Doc. No. 70) is hereby GRANTED; Defendant's Motion *in Limine* as to Subsequent Remedial Measures (Doc. No. 69) is hereby GRANTED IN PART and DENIED IN PART; Defendant's Motion *in Limine* Regarding Daubert (Doc. No. 68) is hereby DENIED; and Defendant's Motion *in Limine* to Exclude the Bills of Dr. Miguel Jimenez and His Testimony (Doc. No. 72) is hereby DENIED.

IT IS FURTHER ORDERED that this trial is hereby continued from July 17 to September 11, 2017;

IT IS FURTHER ORDERED that Plaintiff is directed to provide any supplements to discovery, including medical records, medical bills, and expert reports, within thirty days of the entry of this Order.

Signed: May 2, 2017

Graham C. Mullen
United States District Judge