IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV223

| | |
|---|---|
| TONY L. MUCKLE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| SUMMIT HOSPITALITY GROUP, LTD., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court upon Defendant's Motion to Compel/Exclude for Failure to Comply with Order Dated May 2, 2017. Plaintiff has represented that Defendant has received all information requested. Accordingly,

IT IS THEREFORE ORDERED that Defendant's motion is hereby DENIED.

Signed: July 10, 2017

Graham C. Mullen
United States District Judge