IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV223

| | |
|---|---|
| TONY L. MUCKLE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| SUMMIT HOSPITALITY GROUP, LTD., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court upon Plaintiff's Objection and Motion to Strike Untimely Designation of Defense Expert Dr. Lacin. The Court specifically allowed the Defendant 60 days after Plaintiff had supplemented discovery to identify and provide expert reports. Accordingly, Defendant's designation of Dr. Lacin is not untimely. The parties should be prepared to go forward with trial on September 11, 2017 as scheduled.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Strike is hereby DENIED.

Signed: August 10, 2017

Graham C. Mullen
United States District Judge