IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV223

TONY L. MUCKLE,)
)
    Plaintiff,)
)
Vs.) ORDER
)
SUMMIT HOSPITALITY)
GROUP, LTD.,)
)
    Defendant.)

This matter is before the Court upon Defendant's Motion to Quash the Deposition of Dr. Ellison. The deposition of Dr. Ellison was noticed by Plaintiff to take place on September 7, four days before trial. The notice is untimely and will be quashed. Counsel for Defendant is directed to submit an affidavit of her fees and expenses in connection with the preparation of this motion.

    IT IS SO ORDERED.

Signed: September 6, 2017

Graham C. Mullen
United States District Judge